District Clerk Abel Acosta.

Request Docket sheet and Case Summary of all documents filed In the Clerks office pertaining too A Habeas Corpus relief. 11.07. Also request de-Position of Motion filed of Abatement on and Any order issued toward The District Clerk Cathy Stuart, Victoria County Texas. 77902.

<u>Certificate of Service</u>

I <u>Steve Battles</u> do hereby Certify that a true and Correct Copy of the above and foregoing Certificate of Service has been Served By Placing Same In the U.S. Mail First Class Pre-Paid on <u>this 5th day of March 2015</u>

<u>Unsworn Declaration</u>

I Steve Battles Declare under the Penalty of Perjury That the above and foregoing is True and Correct.

By Affiant <u>Steve Battles # 1783447</u>

Return Request Service :

Steve Battles # 1783447
East Ham Unit
2665 Prison Rd # 1
Lovelady TX 75851

81,359-01
RECEIVED IN
COURT OF CRIMINAL APPEALS
MAR 09 2015
Abel Acosta, Clerk